# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ABBATE FAMILY FARMS LIMITED PARTNERSHIP, | ) ) | CASE NO. 1:12-cv-0303 LJO-BAM |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER ADOPTING FINDINGS AND RECOMMENDATION**S |
| v. | ) ) | **(Doc. 18)** |
| G D FRESH DISTRIBUTION, INC., and GEORGE DZIAK, | ) ) ) | |
| Defendants. | ) | |

On June 13, 2012, the Magistrate Judge issued Findings and Recommendations that Plaintiff's Motion for Default Judgment against Defendants GD Fresh Distribution Inc. and George Dziak, as an individual, filed on February 29, 2012, be granted in part, and denied in part. (Doc. 18). These Findings and Recommendations contained notice that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations issued

1

on June 13, 2012, are ADOPTED AS FOLLOWS:

1. Plaintiff's Motion for Default Judgment against Defendant G D FRESH DISTRIBUTION, INC., is GRANTED;

2. Judgment be entered in this action against Defendant G D FRESH DISTRIBUTION, INC. with damages awarded in an amount broken down as follows:

    a. Plaintiff is awarded principal damages in the amount of $21,438.05;

    b. Plaintiff is awarded pre-judgment interest through and including April 26, 2012 in the amount of $2,487.44 and pre-judgment interest to the date of judgment at the rate of $10.54 per day;

    c. Post-judgment interest on the judgment is awarded at the rate of 10.54 per day; and

    d. Costs are awarded in the amount of $350.00.

3. Plaintiff's Motion for Default Judgment against Defendant GEORGE DZIAK, as an individual jointly and severally, is DENIED WITHOUT PREJUDICE;

4. Within thirty days of the date of this order, Plaintiff may file a renewed motion for default judgment as to Defendant GEORGE DZIAK, as an individual. The motion should include sufficient declarations supporting Defendant GEORGE DZIAK's individual liability.

IT IS SO ORDERED.

**Dated:   July 17, 2012**           /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

2