IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBATE FAMILY FARMS LIMITED PARTNERSHIP,<br><br>             Plaintiff,<br>    vs.<br><br>G D FRESH DISTRIBUTION, INC., et al.,<br><br>             Defendants.<br>_____ / | CASE NO. CV F 12-0303 LJO BAM<br><br>**NOTICE OF INTENT TO CLOSE ACTION** |

    Given absence of activity and pending matters in this action, this Court will close this action, unless no later than February 12, 2013, papers are filed showing good cause not to close this action.

    IT IS SO ORDERED.

**Dated:   February 5, 2013              /s/  Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE