# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBATE FAMILY FARMS LIMITED PARTNERSHIP, | CASE NO. CV F 12-0303 LJO BAM |
| Plaintiff, | **ORDER TO CLOSE ACTION** |
| vs. | |
| G D FRESH DISTRIBUTION, INC., et al. | |
| Defendants. | |

Given the absence of further matters before this Court and failure to respond to this Court's notice of intent to close action, this Court DIRECTS the clerk to close this action administratively.

IT IS SO ORDERED.

Dated:   February 13, 2013        /s/  Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE

1